# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                              **CRIMINAL ACTION NO. 3:18-CR-2-CRS**

**Michael D. THOMPSON**                                                          **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered on this date, and the Court being otherwise sufficiently advised, the Court:

**DENIES** the Defendant's Motion to Suppress (DN 14).

**ACCEPTS AND ADOPTS** the Report and Recommendation of the magistrate judge (DN 23) as supplemented by the Memorandum Opinion.

**OVERRULES** the objections of the Defendant thereto (DN 26).

**IT IS SO ORDERED.**

October 29, 2018

**Charles R. Simpson III, Senior Judge**
**United States District Court**

1